1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

JOSHUA P. COLLINS,

8                               Plaintiff,                    Case No. C11-5316-TSZ

9              v.                                  **ORDER REMANDING CASE**

10
MICHAEL J. ASTRUE, Commissioner of
11   Social Security,

12                               Defendant.

13         The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all

14   papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

15   the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 20,  to which no

16   objections have been filed, and the balance of the record, does hereby find and **ORDER**:

17         (1)     The Court adopts the Report and Recommendation.

18         (2)     The final decision of the Commissioner is **REVERSED** and this case is

19   **REMANDED** to the Social Security Administration for further proceedings not inconsistent

20   with the Report and Recommendation.

21   ///

22   ///

23   ///

     ///

ORDER REMANDING CASE - 1

1        (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

2  Tsuchida.

3        DATED this 25th day of January, 2012.

Thomas S. Zilly
United States District Judge

ORDER REMANDING CASE - 2