UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA P. COLLINS,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

Case No. C11-5316-TSZ

**ORDER REMANDING CASE**

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 20, to which no objections have been filed, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

///

///

///

///

ORDER REMANDING CASE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 25th day of January, 2012.

Thomas S. Zilly
United States District Judge

ORDER REMANDING CASE - 2